## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VICKI L. SCHLUCKEBIER, | ) | |
| | ) | 4:11CV3111 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | AMENDED |
| | ) | PROGRESSION ORDER |
| ASSISTED LIVING CONCEPTS, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

The parties' Joint Motion for Extension of Deadlines and For Continuation of Trial Date (filing no. 18), is granted, and

IT IS ORDERED:

a. A jury trial is set to commence on **October 29, 2012.** No more than four days are allocated to the trial of this case and counsel shall plan accordingly. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

b. The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **October 16, 2012 at 9:00 a.m.,** and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on October 15, 2012. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

c. A telephonic conference with the undersigned magistrate judge remains set to be held on **June 21, 2012 at 10:00 a.m.** to discuss the status of case progression and potential settlement. Counsel for plaintiff shall place the call.

d. The deadline for completing discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is August 15, 2012. Motions to compel Rule 33 through 36 discovery must be filed by August 1, 2012.

e.    The deadlines for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R.Civ. P. 26(a)(2)(C)), are:

    For the plaintiff:    May 1, 2012.
    For the defendants:  June 15, 2012.

f.    The deadline for motions to exclude expert testimony on *Daubert* and related grounds is July 16, 2012.

g.    The deadline for filing motions to dismiss and motions for summary judgment is July 2, 2012.

h.    The deposition deadline is August 31, 2012.


DATED the 6th day of April, 2012.

                    BY THE COURT:

                    *s/ Cheryl R. Zwart*
                    United States Magistrate Judge

2